No. 87-7337. CARROLL v. CENTRAL PRISON ET AL. C. A. 4th Cir. Certiorari denied.

No. 87-7338. ARANDA-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87-7339. HALL v. ROGERS, SUPERINTENDENT, CASWELL UNIT. C. A. 4th Cir. Certiorari denied.

No. 87-7340. CASSELL v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 87-7341. ALVARADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87-7342. MOORE v. JAWORSKY ET AL. C. A. 10th Cir. Certiorari denied.

No. 87-7343. ROSE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 87-7344. SKIBINSKI v. NEW YORK CITY COMMISSION ON HUMAN RIGHTS. C. A. 2d Cir. Certiorari denied.

No. 87-7345. SIMPSON v. UPPER PROVIDENCE TOWNSHIP POLICE DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 87-7348. WILLIAMS v. DUTTON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 87-7350. LAROQUE v. UNITED STATES BUREAU OF PRISONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 87-7351. HILL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88-2. MISLIVECEK v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 88-3. CAMPBELL ET AL. v. FAIR, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.